IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-295-FDW-DCK

| | |
|---|---|
| CRYSTAL ESCHERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Extension Of Time To Respond To Plaintiff's First Set Of Interrogatories And Request For Production Of Documents" (Document No. 14). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Extension Of Time To Respond To Plaintiff's First Set Of Interrogatories And Request For Production Of Documents" (Document No. 14) is **GRANTED with modification**. Defendant shall have up to and including **November 14, 2016** to provide responses to Plaintiff's discovery requests.

**SO ORDERED**.

Signed: October 14, 2016

David C. Keesler
United States Magistrate Judge