# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-295-FDW-DCK

| | |
|---|---|
| CRYSTAL ESCHERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding discovery disputes and the schedule for this case. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate.

On March 14, 2017, Defendant's counsel contacted the undersigned's staff requesting a telephone conference pursuant to Judge Whitney's "Case Management Order" (Document No. 12, pp.4-5). The undersigned received submissions from the parties describing their disputes on March 15, 2017, and then on March 16, 2017, held a telephone conference with counsel for both sides.

After consideration of the record of this case, the parties' recent submissions, and the arguments of the counsel during the telephone conference, the undersigned provides the following guidance to the parties:

- The current discovery deadline is **March 31, 2017**;

- Defendant shall provide alternative/proposed dates to Plaintiff's counsel for all noticed depositions by **March 20, 2017**. Depositions shall be held beginning on or after **March 27, 2017**.

- Defendant shall provide appropriate discovery responses, including supplementation of previous responses, as soon as possible and on a rolling basis, to be completed by **March 24, 2017**;

- The parties may stipulate to further extension of the discovery deadline as provided in the "Case Management Order" (Document No. 12, p.2); however, other deadlines in this case are unlikely to be extended;

- *If* there are remaining discovery disputes, counsel are directed to confer in good faith to attempt to resolve or narrow such disputes without further Court intervention; if such efforts fail, an appropriate motion may be filed. See (Document No. 12, pp.4-5).

**IT IS, THEREFORE, ORDERED** that the deadline for completion of discovery in this matter is **March 31, 2017**. The parties shall proceed in good faith, and as efficiently as possible, to complete discovery as directed herein and in the telephone conference held on March 16, 2017.

**SO ORDERED**.

Signed: March 16, 2017

David C. Keesler
United States Magistrate Judge