UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-295-FDW-DCK

| | |
|---|---|
| CRYSTAL ESCHERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court regarding a discovery dispute concerning six pages of documents that Defendant produced to Plaintiff in redacted form. On March 27, 2017, Defendant produced these six pages in un-redacted form, along with a thumb drive containing personnel files, to the Court for an in-camera review to determine if they are privileged. The Court has reviewed the documents, which Defendant labeled TP 0003797-0003798 and 0004550-4553, and concludes that they are protected by attorney-client privilege and the work-product doctrine. Accordingly, Defendant properly redacted those six pages. The Court will return the documents and the thumb drive to Defendant, and Defendant is responsible for maintaining custody of them for the appellate record.

IT IS SO ORDERED.

Signed: March 30, 2017

Frank D. Whitney
Chief United States District Judge