UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-295-FDW-DCK

| | |
|---|---|
| CRYSTAL ESCHERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER and NOTICE OF HEARING |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment. (Doc. No. 39). The Court held a hearing on this motion on April 6, 2017. For the reasons stated in the Court's oral ruling in open Court, Defendant's Motion for Summary Judgment is DENIED.

In addition, the parties should TAKE NOTICE that a final pretrial conference in this matter will take place before the undersigned at docket call on **Monday, May 1, 2017**, at **9:00 a.m.** in **Courtroom #1-1** of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. The parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 12) to ensure compliance with the submission of a joint proposed pretrial order.

IT IS SO ORDERED.

Signed: April 6, 2017

Frank D. Whitney
Chief United States District Judge