# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Crystal Eschert, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00295-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's May 11, 2017 Verdict.

June 2, 2017

*(signature)*

Frank G. Johns, Clerk
United States District Court