UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-295-FDW-DCK

| | |
|---|---|
| CRYSTAL ESCHERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | AMENDED JUDGMENT |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the jury verdict (Doc. No. 86) and for the reasons set forth in the Court's August 23, 2017, Order (Doc. No. 124) granting a new trial *nisi* remittitur and September 1, 2017, Order (Doc. No. 129) awarding Plaintiff attorneys' fees, interest, and costs, the Court hereby amends the Judgment in this case as follows:

1. Based on Plaintiff's agreement to remit damages in excess of $464,538 (Doc. No. 128), Plaintiff is entitled to recover $464,538 in compensatory damages;

2. Plaintiff is entitled to $628,019.30 in attorneys' fees and costs;

3. Plaintiff is entitled to prejudgment interest at the statutory rate of eight percent for her compensatory damages of $464,538 from May 5, 2016, to June 1, 2017; and

4. Plaintiff is entitled to post-judgment interest at the statutory rate provided in § 1961(a) for her compensatory damages of $464,538 and prejudgment interest from June 2, 2017, until the judgment is satisfied.

Unless otherwise explained herein, the jury's verdict remains unchanged.

IT IS SO ORDERED.

Signed: September 1, 2017

Frank D. Whitney
Chief United States District Judge